Juvenal **RAMIREZ–ALVAREZ,**
Petitioner,

v.

Alberto R. **GONZALES,** Attorney
General, Respondent.

No. 06–72675.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 16, 2007 *.

Filed Jan. 18, 2007.

Juvenal Ramirez–Alvarez, Sherman Oaks, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Director, U.S. Department of Justice, Office of the District Counsel, Seattle, WA, Oil, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

MEMORANDUM **

This is a petition for review from the denial of petitioner's motion to reopen removal proceedings.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The Board of Immigration Appeals ("BIA") did not abuse its discretion in denying petitioner's motion to reopen as untimely and failing to comply with the requirements for a motion based on ineffective assistance of counsel. *See* 8 C.F.R. § 1003.2(c); *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002) (BIA's denial of a motion to reopen is reviewed for abuse of discretion).

Accordingly, respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.